IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-1466-OES**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 4 2005

GREGORY C. LANGHAM
CLERK

ERNEST ANTHONY SALAZAR,

    Applicant,

v.

JEFFERSON COUNTY SHERIFFS DETENTION CENTER,
JEFFERSON COUNTY PRETRIAL SERVICES DIVISION,
JEFFERSON COUNTY COURTS,
JEFFERSON COUNTY SHERIFF TED MINK,
JEFFERSON COUNTY UNDERSHERIFF RAYMOND FLEER,
JEFFERSON COUNTY SHERIFF DEPUTY DELUNE, and
JEFFERSON COUNTY SHERIFF SGT. LOVINUS,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  _X_  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application:**
(10)  _X_  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ____4th____ day of ____August____, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-1466-OES

Ernest A. Salazar
Reg. No. 117018
P.O. Box 16700
Jefferson County Det.
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 8/4/05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk